**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Christopher Gregory HERRERA,**
**Defendant–Appellant.**

No. 14–12484
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 22, 2015.

Michael B. Billingsley, Thomas E. Borton, IV, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Katherine P. Luker, David S. Luker, PC & Associates, Birmingham, AL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR and EDMONDSON, Circuit Judges.

PER CURIAM:

Katherine P. Luker, appointed counsel for Christopher Herrera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Herrera's conviction and sentence are **AFFIRMED.**